**FILED**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**MARCH 17, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Local 786 IBT Severance Fund, Local 786 Building Material Welfare Fund and Trustees Michael Yauger and William Guth       vs.

Veronica Contracting, Inc. an Illinois Corporation

Case Number:

# 08 C 1560

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs:

**JUDGE CASTILLO**
**MAGISTRATE JUDGE SCHENKIER**

Local 786 IBT Severance Fund, Local 786 Building Material Welfare Fund and Trustees Michael Yauger and William Guth

| | |
|---|---|
| NAME (Type or print)<br>ANTHONY PINELLI | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Anthony Pinelli | |
| FIRM<br>Law Offices of Anthony Pinelli | |
| STREET ADDRESS<br>53 West Jackson Blvd., Suite 1460 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>2210691 | TELEPHONE NUMBER<br>312/583-9270 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐