AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Local 786 I. B. of T. Severance Fund, Local 786 Building Material Welfare Fund and Trustees Michael Yauger and William Guth

V.

VERONCIA CONTRACTING, INC., an Illinois Corporation

CASE NUMBER: 08 C 1560

ASSIGNED JUDGE: Castillo

DESIGNATED MAGISTRATE JUDGE: Schenkier

TO: (Name and address of Defendant)

VERONICA CONTRACTING, INC., an Illinois Corporation
c/o SUZANNE CARUSO, Registered Agent and President
6N 011 Riverside Drive
St. Charles, Illinois 60174

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ANTHONY PINELLI
Law Offices of Anthony Pinelli
53 West Jackson Blvd., Suite 1460
Chicago, Illinois 60604
312/583-9270

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAR 1 9 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE _March 25 2008_ |
| NAME OF SERVER (PRINT) _Joseph Labinger_ | TITLE _Private Detective_ |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: _1020 Cedar St. Charles IL. FL. 2H_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _3/25/08_
Date            Signature of Server

Subscribed and sworn to before me _1930 Ridge Evanston, IL_
Address of Server
this _26_ day of _March_ 2008
at Evanston, County of Cook, State of Illinois.

Notary Public _____

OFFICIAL SEAL
JUDSON H. EDIDIN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-16-2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.