IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL 786 I. B. of T. SEVERANCE FUND, and LOCAL 786 BUILDING MATERIAL WELFARE FUND, and Trustees MICHAEL YAUGER and WILLIAM GUTH,<br>Plaintiffs,<br>v.<br>VERONICA CONTRACTING, INC., an Illinois corporation,<br>Defendant. | No.   08 C 1560<br>Judge Castillo<br>Magistrate Judge Schenker |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

NOW COME Plaintiffs, Local 786 I. B. of T. Severance Fund, and Local 786 Building Material Welfare Fund, and Trustees Michael Yauger and William Guth, by and through their attorney, Anthony Pinelli, and respectfully request this Honorable Court to grant summary judgment pursuant to Federal Rule of Civil Procedure 56 for the following reasons:

1. Plaintiffs have sued Defendant seeking to enforce the terms of a labor agreement requiring contributions to a Severance Benefit Fund and a Health and Welfare Fund established pursuant to collective bargaining agreements between the Union and management.

2. An audit has been conducted and provided to Defendant for review. Defendant has not provided any information or protest to the conclusion of the audit that contributions in the amount of $74,129.00 are owed to the Funds.

3. There are no issues of fact or law to be resolved by the court.

4. The Funds have also incurred audit fees, delinquency charges and attorney's fees and costs.

5.    As of June 15, 2008, the Defendant is indebted to the Funds in the amount of $103,192.84.

WHEREFORE, Plaintiffs respectfully request this Honorable Court to grant summary judgment and order payment of $103,192.84 to Plaintiffs.

>                    Respectfully submitted,
>
>                    s/Anthony Pinelli
>                    **ANTHONY PINELLI**

**ANTHONY PINELLI**
Law Offices of Anthony Pinelli
53 West Jackson Blvd., Suite 1460
Chicago, Illinois 60604
312/583-9270