# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **LOCAL 786 I. B. of T. SEVERANCE FUND, and LOCAL 786 BUILDING MATERIAL WELFARE FUND, and Trustees MICHAEL YAUGER and WILLIAM GUTH,** </br>Plaintiffs,</br>v.</br></br>**VERONICA CONTRACTING, INC., an Illinois corporation,**</br>Defendant. | No.  08 C 1560 </br></br>Judge Castillo</br>Magistrate Judge Schenker |

## NOTICE OF MOTION

To:  Daniel V. Kinsella
Schuyler, Roche & Zwirner
One Prudential Plaza, Suite 3800
130 East Randolph Street
Chicago, Illinois 60601

**PLEASE TAKE NOTICE** that on July 1, 2008 at 9:45 a.m., I shall appear before Judge Castillo in Courtroom 2141, United States District Court, 219 S. Dearborn St., Chicago, Illinois 60604 and present the attached motion for summary judgment against Defendant, Veronica Contracting, Inc.  A true copy is hereby served upon you.

s/Anthony Pinelli
**ANTHONY PINELLI**
Counsel for Plaintiffs

**ANTHONY PINELLI**
Law Offices of Anthony Pinelli
53 West Jackson Boulevard
Suite 1460
Chicago, Illinois 60604
312/583-9270
C:\MyFiles\UNION\786\PLEADING\nom025-Veronica.wpd

## CERTIFICATE OF SERVICE

Anthony Pinelli hereby certifies that he served the foregoing Notice and Plaintiffs' Motion for Summary Judgment on

>Daniel V. Kinsella
>Schuyler, Roche & Zwirner
>One Prudential Plaza, Suite 3800
>130 East Randolph Street
>Chicago, Illinois 60601

via first class U.S. Mail on June 19, 2008 at 53 West Jackson Blvd., Chicago, Illinois 60604.

>s/Anthony Pinelli
>**ANTHONY PINELLI**