IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOCAL 786 I.B. of T. SEVERANCE FUND, and LOCAL 786 BUILDING MATERIAL WELFARE FUND, and Trustees MICHAEL YAUGER and WILLIAM GUTH, | ) ) ) ) ) ) | No. 08 C 1560 |
| Plaintiffs, | ) ) ) | Judge Castillo<br>Magistrate Judge Schenker |
| v. | ) ) ) | |
| VERONICA CONTRACTING, INC., as Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

**MOTION OF ATTORNEYS FOR DEFENDANT
FOR LEAVE TO WITHDRAW THEIR APPEARANCES**

Now Comes the attorneys for the Defendant, Daniel V. Kinsella and Brian S. Hormozi and move the court for leave to withdraw their appearances as attorneys for the Defendant and in support thereof states as follows:

1. The Defendant company, Veronica Contractors, is out-of-business and is no longer transacting business or employing employees.

2. The Defendant has advised counsel that it no longer wishes to retain counsel as its attorney in the above-referenced matter.

WHEREFORE, the attorneys for the Defendant in the above-captioned matter pray for leave to withdraw their appearances as counsel for the Defendant.

Respectfully Submitted,

By: s/ Daniel V. Kinsella
    One of Its Attorneys for
    Veronica Contracting, Inc.

Daniel V. Kinsella (ARDC #1468472)
Brian S. Hormozi (ARDC #6288254)
Schuyler Roche, P.C.
130 E. Randolph Street
Suite 3800
Chicago, IL 60601
(312) 565-2400

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL 786 I.B. of T. SEVERANCE FUND, and LOCAL 786 BUILDING MATERIAL WELFARE FUND, and Trustees MICHAEL YAUGER and WILLIAM GUTH,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>VERONICA CONTRACTING, INC., as Illinois corporation,<br><br>　　　　　　　　Defendant. | No. 08 C 1560<br><br>Judge Castillo<br>Magistrate Judge Schenker |

## NOTICE OF MOTION

TO:　Anthony Pinelli, Esq.
　　　Attorney at Law
　　　53 West Jackson Boulevard
　　　Chicago, IL  60604

PLEASE TAKE NOTICE that on July 8, 2008 at 9:45 a.m., I shall appear before Judge Castillo in Courtroom 2141, United States District Court, 219 S. Dearborn St., Chicago, Illinois  60604 and present the attached Motion of Attorneys for Defendant for Leave to Withdraw Their Appearances.  A copy is hereby attached and served upon you.

　　　　　　　　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　By: s/ Daniel V. Kinsella
　　　　　　　　　　　　　　　　　　　One of Its Attorneys for
　　　　　　　　　　　　　　　　　　　Veronica Contracting, Inc.

Daniel V. Kinsella (ARDC #1468472)
Brian S. Hormozi (ARDC #6288254)
Schuyler Roche, P.C.
130 E. Randolph Street
Suite 3800
Chicago, IL 60601
(312) 565-2400

525644                                    2

## CERTIFICATE OF SERVICE

I hereby certified that on July 1, 2008, I electronically filed the Motion of Attorneys for Defendant for Leave to Withdraw Their Appearances along with the Notice of Motion with the Clerk of the Northern District Court of Illinois using the CM/ECF System which will send notifications of such filing to the following:

> Anthony Pinelli, Esq.
> Attorney at Law
> 53 West Jackson Boulevard
> Chicago, IL 60604

> s/ Daniel V. Kinsella
> (ARDC #1468472)

525790v1