# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1560 | **DATE** | 7/1/2008 |
| **CASE TITLE** | Local 786 I.B. of T. Severance Fund, et al. Vs. Veronica Contracting, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 7/1/2008. Motion of attorneys for defendant for leave to withdraw their appearances [15] is granted. Daniel V. Kinsella and Brian Sasam Hormozi are granted leave to withdraw their appearances. Plaintiffs' motion for summary judgment [11] is granted. Judgment is entered in favor of the Plaintiffs and against defendant Veronica Contracting, Inc. in the total amount of $103,192.84. This Court will retain jurisdiction to enforce this judgment.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|