IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL 786 I. B. of T. SEVERANCE FUND, and LOCAL 786 BUILDING MATERIAL WELFARE FUND, and Trustees MICHAEL YAUGER and WILLIAM GUTH, Plaintiffs, v. VERONICA CONTRACTING, INC., an Illinois corporation, Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 08 C 1560 Judge Castillo |

FILED
JUL 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## ANSWER

**AMERICAN CHARTERED BANK** (Citation Respondent) certifies under penalty of perjury that with regard to the property of the judgment debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount withheld:

A.  Savings Account (Amount withheld)$_____
B.  Checking and/or Now Account (Amount withheld)$_____
C.  Certificate of Deposit (Amount withheld)$_____
D.  Money Market Account (Amount withheld)$_____
E.  Trust Account (Amount withheld)$_____
F.  Safety Deposit Box $_____
(G.) No Accounts____Accts Closed 1/9/08 + 1/10/08 no open accts
H.  Adverse Claimant:  Name_____
                      Address_____
I.  Wages, Salary or Commissions_____
J.  Other Personal Property (Describe)_____
    Attach a sheet for any additional information required by the Citation

                                              Sub Total  0 _____

Less right of offset for other loans_____
Less deduction for fees limited
by F.R.C.P. 69                          _____

                                              Total  0 _____

According to the business records kept by Citation Respondent we show the above accounts to be correct.

AMERICAN CHARTERED BANK
1199 E. Higgins Road
Schaumburg, IL 60173

_Linda Halpin_
Agent for Citation Respondent

Linda Halpin
Legal Department    847 740 726.

# American Chartered Bank

1199 E. Higgins Road
Schaumburg, IL 60173
847.517.5400 tel
www.americanchartered.com

July 8, 2008

Anthony Pinelli
Law Offices of Anthony Pinelli
53 West Jackson Boulevard
Suite 1460
Chicago, IL 60604

RE:   Citation to Discover Assets -- Case No. 08 C 1560
       Local 786 I.B. of T. Severance Fund, and Local 786 Building Material Welfare Fund, and Trustees Michael Yauger and William Guth v. Veronica Contracting, Inc., an Illinois corporation
       Judgment Amount $103,192.84

Dear Mr. Pinelli:

Enclosed is American Chartered Bank's Answer to the Citation to Discover Assets of Veronica Contracting, Inc. American Chartered Bank did have a relationship with this company, however, all account(s) are closed as of 1/9/08 and 1/10/08. Therefore, American Chartered Bank holds no funds to satisfy this Citation proceeding. Should you have any questions, please contact me at (847) 407-2620.

Sincerely,

Linda Halpin
Legal Department

Enclosure

Cc:   Clerk of the United States District Court
       20th Floor
       219 S. Dearborn Street
       Chicago, IL 60604

Member FDIC