IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL 786 I. B. of T. SEVERANCE FUND, and LOCAL 786 BUILDING MATERIAL WELFARE FUND, and Trustees MICHAEL YAUGER and WILLIAM GUTH,<br>Plaintiffs,<br>v.<br>VERONICA CONTRACTING, INC., an Illinois corporation,<br>Defendant. | No. 08 C 1560<br><br>Judge Castillo |

## RETURN OF SERVICE

Service of the Citation to Discover Assets was made by me   Date:   **July 9, 2008**
        Name of Server:   **Helga Ganz**
        Title: _____

☐   Served personally upon defendant.  Place where served:   **City of Chicago Department of Finance at 33 North LaSalle St., Suite 700, Chicago IL 60602**

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the Citation to Discover Assets was left:
   _____

☐   Returned unexecuted: _____
   _____

☐   Other(specify): _____
   _____

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on July 9, 2008                    *Helga Ganz*
                                Signature of Server

                        53 West Jackson Blvd., Chicago, IL 60604
                        Address of Server