IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL 786 I. B. of T. SEVERANCE FUND, and LOCAL 786 BUILDING MATERIAL WELFARE FUND, and Trustees MICHAEL YAUGER and WILLIAM GUTH,<br>　　　　　Plaintiffs,<br>v.<br>VERONICA CONTRACTING, INC., an Illinois corporation,<br>　　　　　Defendant. | No. 08 C 1560<br>Judge Castillo |

**FILED**
AUG 2 1 2008 TC
Aug 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## ANSWER

**CITY OF CHICAGO (Department of Finance)**  (Citation Respondent) certifies under penalty of perjury that with regard to the property of the judgment debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount withheld:

A. Savings Account (Amount withheld)$_____
B. Checking and/or Now Account (Amount withheld)$_____
C. Certificate of Deposit (Amount withheld)$_____
D. Money Market Account (Amount withheld)$_____
E. Trust Account (Amount withheld)$_____
F. Safety Deposit Box $_____
G. No Accounts _____
H. Adverse Claimant:   Name_____
　　　　　　　　　　　Address_____
I. **Contract Payments** _____
J. Other Personal Property (Describe)_____
　Attach a sheet for any additional information required by the Citation

　　　　　　　　　　　　　　　　　　Sub Total    0

Less right of offset for other loans_____
Less deduction for fees limited
by F.R.C.P. 69　　　　　　　_____
　　　　　　　　　　　　　　　　　　Total    0

According to the business records kept by Citation Respondent we show the above accounts to be correct.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Agent for Citation Respondent